United States Bankruptcy Court

Eastern District of California

In re:                                      Case No. 24-12501-A

US Jet Trans Inc                              Chapter 11

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0972-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf030 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | US Jet Trans Inc, 14199 Bradbury Road, Delhi, CA 95315-9730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: david@johnstonbusinesslaw.com | Oct 18 2024 00:50:00 | David C. Johnston, 1600 G Street, Suite 102, Modesto, CA 95354-2555 |
| tr | + | Email/Text: wdahl@dahllaw.net | Oct 18 2024 00:49:00 | Walter R. Dahl, Dahl Law, 8757 Auburn Folsom Rd #2820, Granite Bay, CA 95746-0383 |
| ust | + | Email/Text: ustpregion17.fr.ecf@usdoj.gov | Oct 18 2024 00:50:00 | Office of the U.S. Trustee, United States Courthouse, 2500 Tulare Street, Room 1401, Fresno, CA 93721-1326 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024               Signature:        /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | ) Case No. 24-12501 - A - 11 |
| US Jet Trans Inc, | ) Docket Control No. CAE-1 |
|       Debtor. | ) Document No. 1 |
| | ) Date: 10/16/2024 |
| | ) Time: 9:30 AM |
| | ) Dept: A |

**Order**

For the reasons stated on the record and set forth in the court's minutes, docket number 28,

IT IS ORDERED that the status conference is CONTINUED to December 11, 2024, at 9:30 a.m., in Department A, Courtroom 11, Fifth Floor, U.S. Courthouse, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that Debtor's attorney, Mr. Johnston, shall file and serve a status report no later than December 4, 2024.

Dated: October 17 2024

_Jennifer E. Niemann_
Honorable Jennifer E. Niemann
United States Bankruptcy Judge

Status Conference Re: Chapter 11 Subchapter V Voluntary Petition - [1] - Chapter 11 Subchapter V Voluntary Petition Non-Individual filed. Chapter 11 Plan (Small Business Subchapter V) Due by 11/25/2024. (Fee Paid $1738.00) (David C. Johnston) (eFilingID: 7393444) Modified on 8/28/2024 (vcaf).

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

US Jet Trans Inc
14199 Bradbury Road
Delhi CA 95315

Walter R. Dahl
8757 Auburn Folsom Rd #2820
Granite Bay CA 95746-2820

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

David C. Johnston
1600 G Street, Suite 102
Modesto CA 95354